U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC -8 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

4-23CV-1220O

Dear United States District Court        12/3/2023

Hello my name is hannah harper Im writing to you about the palo pinto courthouse to help us inmates and futchur inmates to hear our voices and help us so first the da miss kristy burnett has been the da for a long time she has everyone whipped they do everything she wants and says the da doesnt offer regular probation when its your very first time ever being in trouble thats not a murder case and she has not been giving people parol when there going to prison and she yells and screams in the courtroom at trial courtdates and the jury people do whatever and everything she says the da says her goal is to put over a thousand people in prison and the judge will ask ?s that should be privet not out loud in the courtroom for everyone to hear at my very first courtdate judge micheal moore asked me ?s that I didnt know at the time that was against my rights until later someone that studied law told me that what he did was wrong and against my rights it happens all the time and this courthouse is the only one that puts everyone on bond probation as soon as you bond out and have you pay money every month before your convicted and during around your courtdates and long before all your courtdates are done and its nowhere else so please help us were pretty sure its illegal the court appointed lawers dont contact you at all and you can never get ahold of them and they keep lawers that have croked stuff going on and that have been

investigated for stuff and keep them still the judge doesnt do much at trial court dates he sleeps in his chair and my court appointed lawer said I couldnt fire them at all and they all threaten you when you say your going to fire them and when you do fire them they say you will have to pay your next court appointed lawer were pretty sure thats not how things work so please help us clean out the courthouse do not put us inmates on the back burner something needs to be done our voices deserve to be heard. Take care hope to hear from you soon.

Hannah Harper



Hannah Harper
P.O. Box 506
Palo Pinto, TX 76484

United States District Court
501 West 10th Street Room 310
Ft, Worth, TX 76102-3673

RECEIVED DEC - 8 2023

Legal Mail

