IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **HANNAH HARPER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| V.  § | NO. 4:23-CV-1220-O |
| § | |
| **UNKNOWN DEFENDANT,** § | |
| § | |
| **Defendant.** § | |

## ORDER OF DISMISSAL

By order and notice of deficiency signed December 11, 2023, the Court ordered that by December 29, 2023, Plaintiff, Hannah Harper, must either pay the $405.00 filing and administrative fees or file a completed application to proceed *in forma pauperis* accompanied by a certificate of inmate trust account or institutional equivalent. The order cautioned that failure to comply might result in the dismissal of the complaint without further notice for want of prosecution. FED. R. CIV. P. 41(b). To date, Plaintiff has not paid the filing fee or sought leave to proceed *in forma pauperis*. Accordingly, Plaintiff's complaint is **DISMISSED without prejudice** for want of prosecution.

**SO ORDERED** this **22nd day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE