IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **HANNAH HARPER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | NO. 4:23-CV-1220-O |
| | § | |
| **UNKNOWN DEFENDANT,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Hannah Harper, in this action are **DISMISSED without prejudice** for want of prosecution.

**SO ORDERED** this **22nd day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1